**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 2025 C 12806 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| BASELINE ENTERPRISES, INC., an Illinois corporation | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on October 21, 2025 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon BASELINE ENTERPRISES, INC., an Illinois corporation on November 2, 2025.

3. Pursuant to the collective bargaining agreements between BASELINE ENTERPRISES, INC., an Illinois corporation, and the Union, BASELINE ENTERPRISES, INC., failed and continues to fail to make its obligated contributions to the Fund for the period December 1, 2022 through December 31, 2025 as disclosed in a records review on February 16, 2026 (Exhibit A).

6. The audit review disclosed $111,116.92 due the Welfare Fund and $97,494.00 due the Pension Fund for a total of $208,610.92.

7. Defendants are now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

| | |
|---|---|
| \$111,116.92 | Welfare Fund |
| \$97,494.00 | Pension Fund |
| \$1,250.00 | Attorneys fees |
| \$405.00 | Filing fee |
| \$90.00 | Service of process |
| \$210,355.92 | Total |

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment in a sum certain against Defendant, BASELINE TRUCKING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of \$210,355.92 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: September 16, 2026

# EXHIBIT A

**Employer Name: Baseline Enterprises Inc**
**Address: 2485 Emerald Ln Yorkville, IL 60560**

**ER# 5539**
**LOCAL: 673**

Phone: 630-392-4356
Contact: Luis Esparza

Review Date: 02/16/2026

Period Covered: December 1, 2022 thru December 31, 2025

Error Code Descriptions
A) Payroll/Time records not provided assumed full weeks during season
B) Individual received Zelle payment indicating work in the month

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vega | Juan J | 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 | A | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 377.00 | $ 2,145.00 | $ 1,885.00 | 5539 |
| Esparza | Luis E | 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 | A | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 377.00 | $ 2,145.00 | $ 1,885.00 | 5539 |
| Ramirez | Marco | 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 | A | Apr-23 | 5.00 | 5.00 | $ 429.00 | $ 377.00 | $ 2,145.00 | $ 1,885.00 | 5539 |
| Esparza | Luis E | 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 | A | May-23 | 4.00 | 4.00 | $ 429.00 | $ 377.00 | $ 1,716.00 | $ 1,508.00 | 5539 |
| Ramirez | Marco | 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 | A | May-23 | 4.00 | 4.00 | $ 429.00 | $ 377.00 | $ 1,716.00 | $ 1,508.00 | 5539 |
| Esparza | Luis E | 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 | A | Jun-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | Jun-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Vega | Juan J | 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 | A | Jul-23 | 1.00 | 1.00 | $ 449.00 | $ 393.00 | $ 449.00 | $ 393.00 | 5539 |
| Esparza | Luis E | 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 | A | Jul-23 | 5.00 | 5.00 | $ 449.00 | $ 393.00 | $ 2,245.00 | $ 1,965.00 | 5539 |
| Ramirez | Marco | 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 | A | Jul-23 | 5.00 | 5.00 | $ 449.00 | $ 393.00 | $ 2,245.00 | $ 1,965.00 | 5539 |
| Esparza | Luis E | 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 | A | Aug-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | Aug-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Esparza | Luis E | 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 | A | Sep-23 | 5.00 | 5.00 | $ 449.00 | $ 393.00 | $ 2,245.00 | $ 1,965.00 | 5539 |
| Ramirez | Marco | 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 | A | Sep-23 | 5.00 | 5.00 | $ 449.00 | $ 393.00 | $ 2,245.00 | $ 1,965.00 | 5539 |
| Esparza | Luis E | 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 | A | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | Oct-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Esparza | Luis E | 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 | A | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | Nov-23 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Vega | Juan J | 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 | A | Apr-24 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Esparza | Luis E | 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 | A | Apr-24 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | Apr-24 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | May-24 | 4.00 | 4.00 | $ 449.00 | $ 393.00 | $ 1,796.00 | $ 1,572.00 | 5539 |
| Ramirez | Marco | 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 | A | Jun-24 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Ramirez | Marco | 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 | A | Jul-24 | 4.00 | 4.00 | $ 469.00 | $ 411.00 | $ 1,876.00 | $ 1,644.00 | 5539 |
| Ramirez | Marco | 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 | A | Aug-24 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Esparza | Luis E | 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 | A | Nov-24 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Ramirez | Marco | 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 | A | Nov-24 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Vega | Juan J | 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 | B | Jan-25 | 3.00 | 3.00 | $ 469.00 | $ 411.00 | $ 1,407.00 | $ 1,233.00 | 5539 |
| Vega | Juan J | 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 | B | Feb-25 | 2.00 | 2.00 | $ 469.00 | $ 411.00 | $ 938.00 | $ 822.00 | 5539 |
| Esparza | Luis E | 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 | A | Apr-25 | 4.00 | 4.00 | $ 469.00 | $ 411.00 | $ 1,876.00 | $ 1,644.00 | 5539 |
| Ramirez | Marco | 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 | A | Apr-25 | 4.00 | 4.00 | $ 469.00 | $ 411.00 | $ 1,876.00 | $ 1,644.00 | 5539 |
| Vega | Juan J | 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 | A | May-25 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Esparza | Luis E | 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 | A | May-25 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Ramirez | Marco | 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 | A | May-25 | 5.00 | 5.00 | $ 469.00 | $ 411.00 | $ 2,345.00 | $ 2,055.00 | 5539 |
| Esparza | Luis E | 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 | A | Jun-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Ramirez | Marco | 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 | A | Jun-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Esparza | Luis E | 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 | A | Jul-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Ramirez | Marco | 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 | A | Jul-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Esparza | Luis E | 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 | A | Aug-25 | 5.00 | 5.00 | $ 489.00 | $ 431.00 | $ 2,445.00 | $ 2,155.00 | 5539 |
| Ramirez | Marco | 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 | A | Aug-25 | 5.00 | 5.00 | $ 489.00 | $ 431.00 | $ 2,445.00 | $ 2,155.00 | 5539 |
| Esparza | Luis E | 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 | A | Sep-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Ramirez | Marco | 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 | A | Sep-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Esparza | Luis E | 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 | A | Oct-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Ramirez | Marco | 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 | A | Oct-25 | 4.00 | 4.00 | $ 489.00 | $ 431.00 | $ 1,956.00 | $ 1,724.00 | 5539 |
| Esparza | Luis E | 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 | A | Nov-25 | 5.00 | 5.00 | $ 489.00 | $ 431.00 | $ 2,445.00 | $ 2,155.00 | 5539 |
| Ramirez | Marco | 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 | A | Nov-25 | 5.00 | 5.00 | $ 489.00 | $ 431.00 | $ 2,445.00 | $ 2,155.00 | 5539 |
| | | | | | | | **Total UNPAID Contributions:** | | **$ 90,664.00** | **$ 79,572.00** | |

**Employer Name: Baseline Enterprises Inc**
**Address: 2485 Emerald Ln Yorkville, IL 60560**

**ER# 5539**
**LOCAL: 673**

Phone: 630-392-4356
Contact: Luis Esparza

Review Date: 02/16/2026

Period Covered: December 1, 2022 thru December 31, 2025

Error Code Descriptions
A) Payroll/Time records not provided assumed full weeks during season
B) Individual received Zelle payment indicating work in the month

**Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $ 9,066.40 $ 7,957.20**

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Apr-23 | $ 6,435.00 | 17.50% | $ 1,126.13 | $ 5,655.00 | 17.50% | $ 989.63 |
| May-23 | $ 3,432.00 | 17.00% | $ 583.44 | $ 3,016.00 | 17.00% | $ 512.72 |
| Jun-23 | $ 3,592.00 | 16.50% | $ 592.68 | $ 3,144.00 | 16.50% | $ 518.76 |
| Jul-23 | $ 4,939.00 | 16.00% | $ 790.24 | $ 4,323.00 | 16.00% | $ 691.68 |
| Aug-23 | $ 3,592.00 | 15.50% | $ 556.76 | $ 3,144.00 | 15.50% | $ 487.32 |
| Sep-23 | $ 4,490.00 | 15.00% | $ 673.50 | $ 3,930.00 | 15.00% | $ 589.50 |
| Oct-23 | $ 3,592.00 | 14.50% | $ 520.84 | $ 3,144.00 | 14.50% | $ 455.88 |
| Nov-23 | $ 3,592.00 | 14.00% | $ 502.88 | $ 3,144.00 | 14.00% | $ 440.16 |
| Apr-24 | $ 5,388.00 | 11.50% | $ 619.62 | $ 4,716.00 | 11.50% | $ 542.34 |
| May-24 | $ 1,796.00 | 11.00% | $ 197.56 | $ 1,572.00 | 11.00% | $ 172.92 |
| Jun-24 | $ 2,345.00 | 10.50% | $ 246.23 | $ 2,055.00 | 10.50% | $ 215.78 |
| Jul-24 | $ 1,876.00 | 10.00% | $ 187.60 | $ 1,644.00 | 10.00% | $ 164.40 |
| Aug-24 | $ 2,345.00 | 9.50% | $ 222.78 | $ 2,055.00 | 9.50% | $ 195.23 |
| Nov-24 | $ 4,690.00 | 8.00% | $ 375.20 | $ 4,110.00 | 8.00% | $ 328.80 |
| Jan-25 | $ 1,407.00 | 7.00% | $ 98.49 | $ 1,233.00 | 7.00% | $ 86.31 |
| Feb-25 | $ 938.00 | 6.50% | $ 60.97 | $ 822.00 | 6.50% | $ 53.43 |
| Apr-25 | $ 3,752.00 | 5.50% | $ 206.36 | $ 3,288.00 | 5.50% | $ 180.84 |
| May-25 | $ 7,035.00 | 5.00% | $ 351.75 | $ 6,165.00 | 5.00% | $ 308.25 |
| Jun-25 | $ 3,912.00 | 4.50% | $ 176.04 | $ 3,448.00 | 4.50% | $ 155.16 |
| Jul-25 | $ 3,912.00 | 4.00% | $ 156.48 | $ 3,448.00 | 4.00% | $ 137.92 |
| Aug-25 | $ 4,890.00 | 3.50% | $ 171.15 | $ 4,310.00 | 3.50% | $ 150.85 |
| Sep-25 | $ 3,912.00 | 3.00% | $ 117.36 | $ 3,448.00 | 3.00% | $ 103.44 |
| Oct-25 | $ 3,912.00 | 2.50% | $ 97.80 | $ 3,448.00 | 2.50% | $ 86.20 |
| Nov-25 | $ 4,890.00 | 2.00% | $ 97.80 | $ 4,310.00 | 2.00% | $ 86.20 |

**Total Late Payment Interest Unpaid Contributions:** $ 8,729.66 $ 7,653.72

**Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 108,460.06 $ 95,182.92**

**Employer Name: Baseline Enterprises Inc**
**Address: 2485 Emerald Ln Yorkville, IL 60560**

**ER# 5539**
**LOCAL: 673**

Phone: 630-392-4356
Contact: Luis Esparza

Review Date: 02/16/2026

Period Covered: December 1, 2022 thru December 31, 2025

Error Code Descriptions
A) Payroll/Time records not provided assumed full weeks during season
B) Individual received Zelle payment indicating work in the month

| Paid Contributions Discrepancies | | WELFARE | PENSION |
|---|---|---|---|
| May-23 | Overpaid Welfare and Pension | $ (429.00) | $ (377.00) |
| Jun-23 | Underpaid Welfare and Pension | $ 80.00 | $ 64.00 |
| Jul-23 | Underpaid Welfare and Pension | $ 80.00 | $ 64.00 |
| Aug-23 | Overpaid Welfare and Pension | $ (449.00) | $ (393.00) |
| May-24 | Overpaid Welfare and Pension | $ (160.00) | $ (144.00) |

| Paid Contributions Interest and Liquidated Damages | | WELFARE | PENSION |
|---|---|---|---|
| May-23 | Contributions Received October 2023 - INTEREST | $ 34.32 | $ 30.16 |
| May-23 | Contributions Received October 2023 - LD | $ 171.60 | $ 150.80 |
| Jun-23 | Contributions Received October 2023 - INTEREST | $ 25.74 | $ 22.62 |
| Jun-23 | Contributions Received October 2023 - LD | $ 179.60 | $ 157.20 |
| Jul-23 | Contributions Received October 2023 - INTEREST | $ 17.16 | $ 15.08 |
| Jul-23 | Contributions Received October 2023 - LD | $ 179.60 | $ 157.20 |
| Aug-23 | Contributions Received October 2023 - INTEREST | $ 8.98 | $ 7.86 |
| Sep-23 | Contributions Received January 2024 - INTEREST | $ 33.68 | $ 29.47 |
| Sep-23 | Contributions Received January 2024 - LD | $ 224.50 | $ 196.50 |
| Oct-23 | Contributions Received January 2024 - INTEREST | $ 17.96 | $ 15.72 |
| Oct-23 | Contributions Received January 2024 - LD | $ 179.60 | $ 157.20 |
| Nov-23 | Contributions Received January 2024 - INTEREST | $ 8.89 | $ 7.86 |
| May-24 | Contributions Received September 2024 - INTEREST | $ 53.88 | $ 47.16 |
| May-24 | Contributions Received September 2024 - LD | $ 359.20 | $ 314.40 |
| Jun-24 | Contributions Received September 2024 - INTEREST | $ 46.90 | $ 41.10 |
| Jun-24 | Contributions Received September 2024 - LD | $ 469.00 | $ 411.00 |
| Jul-24 | Contributions Received November 2024 - INTEREST | $ 56.28 | $ 49.32 |
| Jul-24 | Contributions Received November 2024 - LD | $ 375.20 | $ 328.80 |
| Aug-24 | Contributions Received November 2024 - INTEREST | $ 46.90 | $ 41.10 |
| Aug-24 | Contributions Received November 2024 - LD | $ 469.00 | $ 411.00 |
| Sep-24 | Contributions Received November 2024 - INTEREST | $ 28.14 | $ 24.66 |
| Nov-24 | Contributions Received April 2025 - INTEREST | $ 46.90 | $ 41.10 |
| Nov-24 | Contributions Received April 2025 - LD | $ 234.50 | $ 205.50 |
| Mar-25 | Contributions Received June 2025 - INTEREST | $ 23.45 | $ 20.55 |
| Mar-25 | Contributions Received June 2025 - LD | $ 234.50 | $ 205.50 |
| Apr-25 | Contributions Received June 2025 - INTEREST | $ 9.38 | $ 8.22 |
| | **Total Due on Paid Contributions:** | **$ 2,656.86** | **$ 2,311.08** |
| | **TOTAL AMOUNT DUE ER # 5539** | **$ 111,116.92** | **$ 97,494.00** |